No. 257 April 17, 2024 153

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

ROBIN L. KNUTSON,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Marion County Circuit Court
22CV35674; A180651

Courtland Geyer, Judge.

Submitted March 18, 2024.

Jedediah Peterson and O'Connor Weber, LLC, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, Powers, Judge, and Hellman, Judge.

PER CURIAM

Affirmed. *Bates v. Czerniak*, 187 Or App 8, 12, 66 P3d 519, *rev den*, 335 Or 422 (2003).